USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/19/2026

SPIRE LAW

Stan Sharovskiy
stan@spirelawfirm.com
407.494.0135

Spire Law, PLLC
2572 W State Rd 426
Suite 2088
Oviedo, FL 32765

spirelawfirm.com

October 16, 2026

**BY ECF**

Hon. Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Ferber v. Lian Brother Inc., et al.*
26-CV-03991

**Request for Stay of Discovery**

Dear Judge Torres:

Our firm represents Defendant Lian Brother Inc., d/b/a AJ's Sushi & Cajun Seafood ("AJ's Sushi") in the above-referenced matter.

With Plaintiff's consent, we write to request a 30-day stay of discovery in this action. On October 26, 2026, AJ's Sushi will permanently close and vacate the premises at issue in this accessibility action. The closure has already been publicly announced in local papers.[1] This will render Plaintiff's claims moot and subject to dismissal. *See Perez v. 33 St. Investors I, LLC*, 2020 U.S. Dist. LEXIS 241808 (S.D.N.Y., Dec. 30, 2020).

Upon closure, we will provide the Court and Plaintiff's counsel with all necessary evidence so as to prioritize a voluntary dismissal in lieu of motion practice. However, in the interim, the parties believe that proceeding with formal discovery would unnecessarily expend the parties' resources.

No prior request for such relief has been made or granted.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Stan Sharovskiy, Esq.

[1]. https://dailyvoice.com/article/ajs-sushi-cajun-seafood-in-suffern-announces-closure/

GRANTED. All discovery deadlines in this matter are stayed for 30 days. All future motions for deadline extensions shall be made at least 48 hours in advance of the deadline, in accordance with the undersigned's Local Practices in Civil Cases.

SO ORDERED.

Dated: October 19, 2026
New York, New York

ANALISA TORRES
United States District Judge