USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2026

SPIRE LAW

Ian E. Smith
ian@spirelawfirm.com
407.494.0135

Spire Law, PLLC
400 Fontana Circle Suite 105
Oviedo, FL 32765

spirelawfirm.com

**Via Electronic Filing**

The Honorable Judge Analisa Torres
U.S. District Court, Southern District of New York
40 Foley Square
New York, NY 10007

**Re.: *Ferber v. AJS Sushi & Cajun Seafood et al.***
**(1:26-cv-03991)**

Dear Judge Torres:

This firm represents Defendant Lian Brother Inc., d/b/a AJ's Sushi & Cajun Seafood ("Defendant"), in the above-referenced action. Defendant respectfully requests relief from the Court's Order directing the parties to participate in mediation.

On October 31, 2026, Defendant vacated the subject premises and no longer owns, leases, operates, or occupies the location at issue. Plaintiff's Title III ADA claim affords private plaintiffs injunctive relief rather than damages. 42 USCS § 12188. Because Defendant no longer has control over the subject premises, the requested injunctive relief against Defendant no longer presents a live controversy. As a matter of law, Defendant's vacating of the subject location moots Plaintiff's claims under the ADA claims. *Dunbar v. Empire Szechuan Noodle House Inc.*, No. 18-CV-9625, 2020 U.S. Dist. LEXIS 79311, 2020 WL 2132339 (S.D.N.Y. May 5, 2020).

Additionally, in the absence of federal question jurisdiction, the Court is deprived of jurisdiction, and the Second Circuit encourages the District Court to decline to assert its supplemental jurisdiction over Plaintiff's New York state claims. *Id.*

Accordingly, Defendant respectfully requests that the Court relieve it from its obligation to participate in mediation pending resolution of Defendant's anticipated motion to dismiss the ADA claim as moot or, alternatively, Defendant's application for an order directing Plaintiff to show cause why the ADA claim should not be dismissed in light of Defendant's October 31, 2026 vacatur of the subject premises.

Respectfully submitted,

Ian E. Smith, Esq.
Partner, Spire Law, LLC

GRANTED. The mediation referral order, *see* ECF No. 15, is stayed pending resolution of Defendant's anticipated motion to dismiss.

SO ORDERED.

Dated: November 16, 2026
New York, New York

ANALISA TORRES
United States District Judge